**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bruce Entzi, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| Don Redmann, Ken Sorenson, | ) | |
| Kevin Arthaud, | ) | |
| Brian Dreher, Brenda Ross, | ) | |
| Melanie Flynn, Stewart Baumgartner, | ) | |
| Clyde St. Claire, Jason Komrosky, | ) | |
| Gerald Maragos, Patrick Altringer, | ) | |
| Virginia Kleven, Elaine Little, | ) | |
| Tim Schuetzle, Dean McIlroy, | ) | |
| Jeff Wegner, Tammy Hannesson, | ) | Case No. A1-04-043 |
| Renell Henke, Denise Senger, | ) | |
| Cathy Jensen, Rick Barman, and | ) | |
| Patrick Bohn. | ) | |
| | ) | |
| Defendants. | ) | |

_____

In light of the fact that the trial in this case has been postponed pending the court's ruling on the defendants' Motion for Summary Judgment, the final pretrial and settlement conferences scheduled for December 19, 2005, are hereby **CANCELLED**.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge